No. 355.   CALIFORNIA v. ZOOK ET AL., 336 U. S. 725. Motion for leave to file petition for rehearing granted, and the petition is denied.

No. 458.   CARPENTER v. ROHM & HAAS CO., INC., 336 U. S. 904.   Motion for leave to file second petition for rehearing denied.

No. 567.   STEMMER v. NEW YORK; and
No. 568.   KRAKOWER v. NEW YORK, 336 U. S. 963. Rehearing denied.   MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 649.   LONGYEAR HOLDING CO. ET AL. v. MINNESOTA, 336 U. S. 948.   Rehearing denied.   MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 298.   DEFENSE SUPPLIES CORP. ET AL. v. LAWRENCE WAREHOUSE CO. ET AL., 336 U. S. 631.   Rehearing denied.

No. 417.   GRIFFIN v. UNITED STATES, 336 U. S. 704. Rehearing denied.

No. 427.   WADE v. HUNTER, WARDEN, 336 U. S. 684. Rehearing denied.

No. 542.   FOUNTAIN v. FILSON ET UX., 336 U. S. 681. Rehearing denied.

No. 30, Misc.   ILLINOIS EX REL. MARINO v. RAGEN, WARDEN, 336 U. S. 969.   Rehearing denied.

No. 483, Misc.   PHILLIPS v. RAGEN, WARDEN, 336 U. S. 965.   Rehearing denied.